# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 21, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161481(52)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

CHARLES ANTHONY BROWN,
   Defendant-Appellant.

_____/

SC: 161481
COA: 346844
Jackson CC: 17-004902-FH

   On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply is GRANTED. The reply submitted on July 20, 2020, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 21, 2020



Clerk